**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| FIREARM OWNERS AGAINST CRIME, KIM STOLFER AND JOSEPH ABRAMSON, | : | No. 36 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondents | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LOWER MERION TOWNSHIP, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

    The Application of the City of Philadelphia to File Brief Amicus Curiae in Support of Petition for Allowance of Appeal is **GRANTED**.